# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>vs.<br><br>**WYNN A.D. CHARLEBOIS,**<br><br>*Defendant.* | **DOCKET NO. 3:22-CR-266**<br><br>**UNOPPOSED MOTION TO SEAL** |

Wynn A.D. Charlebois, by and through his counsel of record, Assistant Federal Defender John Parke Davis, and pursuant to Local Rule 49.1.1, respectfully requests that this Court allow him to file his Motion to Continue Sentencing under seal, as it directly discusses and quotes from previously sealed documents, to whit, the Draft and Final Presentence Report and related objections. [Docs. 27; 30-34]. The government does not oppose this motion. Pursuant to Local Civil Rule 6.1(d) as incorporated into LCrR 49.1.1, these documents will be filed concurrently herewith for the Court's review.

Respectfully submitted:

 /s/ John Parke Davis
John Parke Davis
Federal Public Defender
Western District of North Carolina
129 West Trade Street, Suite 300
Charlotte, NC 28202
(704) 374-0720 (phone)
(704) 374-0722 (fax)
jp_davis@fd.org

Date: October 1, 2025

1